

FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF DAVID J. LOCKHART
FOR REINSTATEMENT TO ACTIVE STATUS
IN THE BAR OF MONTANA

FILED

SEP 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

David J. Lockhart has petitioned this Court for reinstatement to active status in the State Bar of Montana. Lockhart was placed on inactive status on September 1, 2020, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2020. Attached to the Petition is a letter from the State Bar stating that Lockhart has now completed all CLE requirements for that reporting year. The Petition states that Lockhart is not currently subject to disciplinary proceedings, has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status, and that he has already paid dues, fees, and taxes required for reinstatement. Good cause appearing,

IT IS HEREBY ORDERED that the petition of David J. Lockhart for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 29 day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices